**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DUSTIN MCPHETRIDGE                                                    PETITIONER

VS.                                    2:10CV00089 JLH/JTR

UNITED STATES OF AMERICA                                        RESPONDENT

**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**INSTRUCTIONS**

  The following recommended disposition has been sent to United States District Judge J. Leon Holmes.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

  If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1.  Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence to be proffered at the requested hearing before the
  United States District Judge was not offered at  the hearing before the

Magistrate Judge.

3.      An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional

evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Room 149
Little Rock, AR 72201-3325

## I. Background

On June 10, 2010, Petitioner initiated this § 2241 habeas action in the Western District of

Kentucky. *McPhetridge v. United States*; W.D. Ky. No. 3:10CV00438 JGH.  On June 25, 2010 the

case was transferred to the Eastern District of Arkansas because Petitioner was incarcerated at FCI

Forrest City.  (Docket entry #4).

On June 29, 2010, the Court entered an Order instructing Petitioner that, in order to proceed

with this habeas action, he must: (1) pay the $ 5.00 filing fee; or (2) file a Motion to Proceed *In*

*Forma Pauperis*.[1]

On August 30, 2010, Petitioner filed a change of address indicating that the BOP had

transferred him to the FCI in Fort Worth, Texas.  (Docket entry #7).  Petitioner also claimed that his

---

[1]The docket sheet in the Western District of Kentucky reflects that Petitioner did not pay the filing fee or request to proceed *in forma pauperis*.  The Court's June 29 Order specified that Petitioner had until and including July 14, 2010 to pay the $5.00 filing fee or file a Motion to Proceed in Forma Pauperis.

mail had not been forwarded to him in Texas from FCI Forrest City.  As of this writing, Petitioner

has neither paid the $5.00 filing fee nor filed a Motion to Proceed *In Forma Pauperis*.

## II.  Discussion

Under normal circumstances, the Court would recommend dismissal of this case, without

prejudice, due to Petitioner's failure to comply with the Court's June 29, 2010 Order.  However, due

to Petitioner's intervening transfer to Fort Worth, the Court recommends that this case be transferred

to the current district of his incarceration, the Northern District of Texas.  *See Archuleta v. Hedrick*,

365 F.3d 644, 647-648 (8th Cir. 2004) (§ 2241 action attacking the execution of a sentence should

be brought in the district of incarceration and against the warden with custody).

## III.  Conclusion

IT IS THEREFORE RECOMMENDED THAT this action be TRANSFERRED to the

Northen District of Texas.

Dated this 9th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE