**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

DUSTIN MCPHETRIDGE                                                                    PETITIONER

v.                                      No. 2:10CV00089 JLH/JTR

UNITED STATES OF AMERICA                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that this case is TRANSFERRED immediately to the Northern District of Texas.

DATED this 29th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE